UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-80038-CR-MARRA / McCABE
18 U.S.C. § 2261A

UNITED STATES OF AMERICA

vs.

JAMIE KARABINCHAK,

      Defendant.
_____/

FILED BY _____ D.C.

MAR 21 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INFORMATION

The United States Attorney charges that:

## COUNT 1
### Cyberstalking
### (18 U.S.C. §2261A)

From in or around February 2019, through in or around March 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### JAMIE KARABINCHAK,

did, with the intent to harass and intimidate another person, L.K., use any interactive computer service and electronic communication service and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, L.K., in violation of Title 18, United States Code, Section 2261A(2)(B).

1

## COUNT 2
### Cyberstalking
### (18 U.S.C. §2261A)

From in or around June 2019, through in or around March 2020, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### JAMIE KARABINCHAK,

did, with the intent to harass and intimidate another person, E.C., use any interactive computer service and electronic communication service and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person, E.C., in violation of Title 18, United States Code, Section 2261A(2)(B).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMIE KARABINCHAK

_____ Defendant/

CASE NO. 22-80038-CR-MARRA/McCABE

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

☐ Miami  ☐ Key West  ☐ FTL
☑ WPB  ☐ FTP

New defendant(s) ☑ Yes ☐ No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No** _____.

   List language and/or dialect _____

4. This case will take **1-5** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   I    0 to 5 days          ☑
   II   6 to 10 days         ☐
   III  11 to 20 days        ☐
   IV   21 to 60 days        ☐
   V    61 days and over     ☐

   (Check only one)

   Petty         ☐
   Minor         ☐
   Misdemeanor   ☐
   Felony        ☑

6. Has this case previously been filed in this District Court? (Yes or No) **No** _____

   If yes: Judge _____ Case No. _____

   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **No** _____

   If yes: Magistrate Case No. _____

   Related miscellaneous numbers: _____

   Defendant(s) in federal custody as of _____

   Defendant(s) in state custody as of _____

   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No** _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No** _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No** _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No** _____

Aurora Fagan

Assistant United States Attorney

FLA Bar No.          188591

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:** JAMIE KARABINCHAK.

**Case No:** 22-80038 CR-MARRA / McCABE

Counts 1 and 2:

Cyberstalking

Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5)

\* **Max. Penalty:** 5 Years' Imprisonment, 3 years supervised release, and fine of up to $250,000.

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-80038 -CR-MARRA/MC CABE

## BOND RECOMMENDATION

DEFENDANT: JAMIE KARABINCHAK

100k Personal Surety Bond

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Aurora Pagan

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):       FBI Greg Hoffman
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

United States of America )
v. )      Case No. **22-80038-CR-MARRA/McCABE**
)
JAMIE KARABINCHAK )
_____ )
*Defendant*

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Robert Melchiorre, Attorney for Defendant

_____
*Judge's signature*

U.S. Magistrate Judge
*Judge's printed name and title*